**DRUMMOND LAW FIRM**
Craig W. Drummond, Esq.
Nevada Bar No. 011109
810 S. Casino Center Blvd., Suite 101
Las Vegas, NV 89101
T: (702) 366-9966
F: (702) 508-9440
craig@drummondfirm.com
*Attorney for Defendant Alcantar*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-00113-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO CONTINUE REVOCATION HEARING** |
| ROSALIO ALCANTAR, | **(Third Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between CRAIG W. DRUMMOND, ESQ., attorney for Defendant ROSALIO ALCANTAR and RICHARD ANTHONY LOPEZ, Assistant United States Attorney, counsel for the United States of America, that the revocation hearing currently set for July 31, 2018 at 10:00am be vacated and set to a date and time convenient to this Court approximately thirty (30) days from the current scheduled date.

This Stipulation is entered into for the following reasons:

1. The Petition for Revocation of Supervised Release alleges that the Defendant committed new offenses while under supervision.
2. The parties are attempting to resolve both the revocation proceedings and the new substantive offenses in a single agreement.
3. That such agreement may preclude the need for a contested revocation hearing.

//

Page 1

4.	That the Defendant, Mr. Alcantar, is in the process of obtaining Criminal Justice Act (CJA) counsel for his separate criminal matter ongoing with the United States Attorney's Office.

5.	Further that counsel for the Defendant, Craig W. Drummond, will be involved in a court-martial and Nellis, Air Force Base, Nevada from approximately July 30-31, 2018 in the matter of United States v. Hawkins.

6.	That Mr. Alcantar is not in custody and does not object to this continuance.

7.	This is the third request for a continuance of the revocation hearing.

DATED this 27th of July, 2018.

By:	//s//  
CRAIG W. DUMMOND, ESQ.  
Attorney for Defendant Mark L. Bausch

By:	//s//  
RICHARD ANTHONY LOPEZ  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                                  )   Case No.: 2:12-cr-00113-JCM-VCF
     Plaintiff,                   )
                                  )
     vs.                               )   **ORDER TO CONTINUE**
                                  )   **REVOCATION HEARING**
ROSALIO ALCANTAR,              )   **(Third Request)**
     Defendant.                 )
                                  )
_____ )

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

1. The Petition for Revocation of Supervised Release alleges that the Defendant committed new offenses while under supervision.
2. The parties are attempting to resolve both the revocation proceedings and the new substantive offenses in a single agreement.
3. That such agreement may preclude the need for a contested revocation hearing.
4. That the Defendant, Mr. Alcantar, is in the process of obtaining Criminal Justice Act (CJA) counsel for his separate criminal matter ongoing with the United States Attorney's Office.
5. Further that counsel for the Defendant, Craig W. Drummond, will be involved in a court-martial and Nellis, Air Force Base, Nevada from approximately July 30-31, 2018 in the matter of United States v. Hawkins.
6. That Mr. Alcantar is not in custody and does not object to this continuance.
7. This is the third request for a continuance of the revocation hearing.
8. The parties have jointly requested that the hearing set for July 31, 2018 at 10:00am be vacated and set to a date and time convenient to this Court in approximately thirty (30) days of the present date.

DRUMMOND LAW FIRM
810 S, Casino Center Blvd., Suite 101
Las Vegas, NV 89101
www.DrummondFirm.com

**Case No.: 2:12-cr-00113-JCM-VCF**

### **ORDER**

IT IS THEREFORE ORDERED, that the revocation hearing currently scheduled for July 31, 2018, at 10:00am is vacated and continued to **September 5, 2018 at 10:30 a.m.**

DATED July 30, 2018.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of July, 2018, the undersigned served the foregoing STIPULATION & ORDER TO CONTINUE REVOCATION HEARING on all counsel herein by causing a true copy to be served via the CM/ECF system, which was served via electronic transmission.

//Signed//

_____
An Employee of DRUMMOND LAW FIRM