**DRUMMOND LAW FIRM**
Craig W. Drummond, Esq.
Nevada Bar No. 011109
810 S. Casino Center Blvd., Suite 101
Las Vegas, NV 89101
T: (702) 366-9966
F: (702) 508-9440
craig@drummondfirm.com
*Attorney for Defendant Alcantar*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No.: 2:12-cr-00113-JCM-VCF |
|     Plaintiff,             ) | |
|     vs.                   ) | **STIPULATION AND PROPOSED ORDER TO CONTINUE REVOCATION HEARING** |
| ROSALIO ALCANTAR,          ) | **(Fourth Request)** |
|     Defendant.          ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between CRAIG W. DRUMMOND, ESQ., attorney for Defendant ROSALIO ALCANTAR and RICHARD ANTHONY LOPEZ, Assistant United States Attorney, counsel for the United States of America, that the revocation hearing currently set for September 5, 2018 at 10:30am be vacated and set to a date and time convenient to this Court approximately forty-five (45) days from the current scheduled date.

This Stipulation is entered into for the following reasons:

1. The Petition for Revocation of Supervised Release alleges that the Defendant committed new offenses while under supervision.

2. The parties are attempting to resolve both the revocation proceedings and the new substantive offenses in a single agreement.

Page 1

DRUMMOND LAW FIRM
810 S, Casino Center Blvd., Suite 101
Las Vegas, NV 89101
www.DrummondFirm.com

3. That the Defendant, Mr. Alcantar, was recently appointed CJA counsel, Mr. Lance Hendron, Esq. for his separate criminal matter ongoing with the United States Attorney's Office.

4. That time is needed for all concerned to review this other matter to see if resolution is possible of both matters and that such agreement may preclude the need for a contested revocation hearing.

5. That Mr. Alcantar is not in custody and does not object to this continuance.

6. This is the fourth request for a continuance of the revocation hearing.

DATED this 31st day of August, 2018.

By:          //s//
CRAIG W. DUMMOND, ESQ.
Attorney for Defendant Mark L. Bausch

By:          //s//
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

DRUMMOND LAW FIRM
810 S, Casino Center Blvd., Suite 101
Las Vegas, NV 89101
www.DrummondFirm.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 2:12-cr-00113-JCM-VCF |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER TO CONTINUE** |
| ) | **REVOCATION HEARING** |
| ROSALIO ALCANTAR, ) | **(Fourth Request)** |
| Defendant. ) | |
| ) | |
| ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that:

1. The Petition for Revocation of Supervised Release alleges that the Defendant committed new offenses while under supervision.

2. The parties are attempting to resolve both the revocation proceedings and the new substantive offenses in a single agreement.

3. That the Defendant, Mr. Alcantar, was recently appointed CJA counsel, Mr. Lance Hendron, Esq. for his separate criminal matter ongoing with the United States Attorney's Office.

4. That time is needed for all concerned to review this other matter to see if resolution is possible in both matters and that such agreement may preclude the need for a contested revocation hearing.

5. That Mr. Alcantar is not in custody and does not object to this continuance.

6. This is the fourth request for a continuance of the revocation hearing.

7. The parties have jointly requested that the hearing set for September 5, 2018 at 10:30am be vacated and set to a date and time convenient to this Court in approximately forty-five (45) days of the present date.

1 | **Case No.: 2:12-cr-00113-JCM-VCF**

2

3 | ### **ORDER**

4 | IT IS THEREFORE ORDERED, that the revocation hearing currently scheduled for

5 | September 5, 2018, at 10:30am is vacated and continued to **October 29, 2018 at 10:00 a.m.**

6

7

8 | DATED September 4, 2018.

9

10

11 | _____

UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRUMMOND LAW FIRM
810 S, Casino Center Blvd., Suite 101
Las Vegas, NV 89101
www.DrummondFirm.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of August, 2018, the undersigned served the foregoing STIPULATION & ORDER TO CONTINUE REVOCATION HEARING on all counsel herein by causing a true copy to be served via the CM/ECF system, which was served via electronic transmission.

//Signed//

_____
An Employee of DRUMMOND LAW FIRM