DAYLE ELIESON
United States Attorney
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00113-JCM-VCF |
| Plaintiff, | STIPULATION AND PROPOSED ORDER TO CONTINUE REVOCATION HEARING |
| vs. | (Fifth Request) |
| ROSALIO ALCANTAR, | |
| Defendant. | |

It is hereby stipulated and agreed, by and between Dayle Elieson, United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Craig W. Drummond, Esq., counsel for defendant Rosalio Alcantar, that the hearing regarding revocation of supervised release scheduled for October 29, 2018, at 10:00 a.m. be VACATED and set for a date and time convenient for the Court but no sooner than 30 days from the currently scheduled date.

This stipulation is entered into for the following reasons:

1. The Petition for Revocation of Supervised Release alleges that the Defendant committed new offenses while under supervision.

1

1     2.     The parties have reached an agreement in principle that resolves both the revocation proceedings and the new substantive offenses in a single agreement.

3. The parties need additional time to reduce the agreement to writing and obtain the necessary approvals and signatures.

4. In addition, counsel for the Government has a conflict with the current scheduled hearing date because trial in <u>United States v. Fujinaga</u>, No. 2:15-cr-00198-GMN-NJK, is scheduled to begin at 8:30 a.m. on October 29, 2018. The <u>Fujinaga</u> trial is expected to last two to four weeks.

5. The Defendant is not in custody and does not object to the continuance.

6. The parties agree to the continuance.

7. This is the fifth request for a continuance of the revocation hearing.

DATED this 24th day of October, 2018.

                                                     Respectfully submitted,

                                                   DAYLE ELIESON
                                                 United States Attorney

| /s/ *Craig W. Drummond* | /s/ *Richard AnthonyLopez* |
|---|---|
| CRAIG W. DRUMMOND, ESQ. | RICHARD ANTHONY LOPEZ |
| Counsel for Defendant | Assistant United States Attorney |
| Rosalio Alcantar | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROSALIO ALCANTAR,

    Defendant.

Case No. 2:12-cr-00113-JCM-VCF

## **FINDINGS OF FACT**

Based on the parties' stipulation to continue the hearing regarding revocation of supervised release, and good cause appearing therefore, the Court finds that:

1. The Petition for Revocation of Supervised Release alleges that the Defendant committed new offenses while under supervision.

2. The parties have reached an agreement in principle that resolves both the revocation proceedings and the new substantive offenses in a single agreement.

3. The parties need additional time to reduce the agreement to writing and obtain the necessary approvals and signatures.

4. In addition, counsel for the Government has a conflict with the current scheduled hearing date because trial in <u>United States v. Fujinaga</u>, No. 2:15-cr-00198-GMN-NJK, is scheduled to begin at 8:30 a.m. on October 29, 2018. The <u>Fujinaga</u> trial is expected to last two to four weeks.

5. The Defendant is not in custody and does not object to the continuance.

6. The parties agree to the continuance.

7. This is the fifth request for a continuance of the revocation hearing.

## CONCLUSIONS OF LAW

8. For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing date.

## ORDER

IT IS HEREBY ORDERED that the hearing regarding revocation of supervised release presently scheduled for October 29, 2018, at the hour of 10:00 a.m. be continued to **December 3, 2018** at the hour of **10:30 a.m.** in Las Vegas Courtroom 6A before Judge James C. Mahan.

HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: October 25, 2018

# CERTIFICATE OF SERVICE

I certify that I am an employee of the United States Attorney's Office. A copy of the above STIPULATION AND PROPOSED ORDER TO CONTINUE REVOCATION HEARING (Fifth Request) was served upon counsel of record via Electronic Case Filing (ECF).

DATED this 24th of October, 2018.

/s/ *Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney